PLD-C-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
CIR, LAW OFFICES, LLP
JOHN CLINNIN, Esq.                      Bar# 153881
MICHAEL J. MIXER, Esq.                  Bar# 99073
TARA MUREN, Esq.                        Bar# 260154
8665 GIBBS DR STE 150, SAN DIEGO CA 92123   File No.: 357332-2
TELEPHONE NO: (800)-496-8909    FAX NO. (Optional): (858)-496-5977
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): EQUABLE ASCENT FINANCIAL, LLC

**FOR COURT USE ONLY**
FILED
SUPERIOR COURT
2011 NOV 14 AM 9:25
ROSA JUNQUEIRO, CLERK
BY THERESA CARLETON
DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN JOAQUIN
STREET ADDRESS: 222 E. WEBER AVE.
MAILING ADDRESS: 222 E. WEBER AVE.
CITY AND ZIP CODE: STOCKTON CA 95202-2709
BRANCH NAME: STOCKTON

PLAINTIFF: EQUABLE ASCENT FINANCIAL, LLC

DEFENDANT: RYAN MACAIRE; JOSE LOPEZ

THIS CASE HAS BEEN ASSIGNED TO JUDGE LESLEY D. HOLLAND IN DEPARTMENT 13 FOR ALL PURPOSES, INCLUDING TRIAL

[X] DOES 1 TO 10

**CONTRACT**
[X] COMPLAINT               [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT         [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[X] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [X] does not exceed $10,000
                   [ ] exceeds $10,000 but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER: 39-2011-00272329-CL-CL-STK

FILE BY FAX

EXHIBIT 1

1. Plaintiff* (name or names):
   EQUABLE ASCENT FINANCIAL, LLC
   alleges causes of action against defendant* (name or names):
   RYAN MACAIRE; JOSE LOPEZ
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
   [X] except plaintiff (name): EQUABLE ASCENT FINANCIAL, LLC
     (1) [X] limited liability company
     (2) [ ] an unincorporated entity (describe):
     (3) [ ] other (specify):
   b. [ ] Plaintiff (name):
     a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
     b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   [ ] except defendant (name):                          [ ] except defendant (name):
     (1) [ ] a business organization, form unknown      (1) [ ] a business organization, form unknown
     (2) [ ] a corporation                              (2) [ ] a corporation
     (3) [ ] an unincorporated entity (describe):       (3) [ ] an unincorporated entity (describe):
     (4) [ ] a public entity (describe):                (4) [ ] a public entity (describe):
     (5) [ ] other (specify):                           (5) [ ] other (specify):

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12
American LegalNet, Inc.
www.FormsWorkflow.com

| | PLD-C-001 |
|---|---|
| SHORT TITLE: EQUABLE ASCENT FINANCIAL, LLC   v. RYAN MACAIRE; JOSE LOPEZ | CASE NUMBER: |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [X] Doe defendants *(specify Doe numbers):* 1 TO 10 were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [X] Doe defendants *(specify Doe numbers):* 1 TO 10 are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to    [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.

7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [X] a defendant lives here now.
   d. [ ] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   [ ] Breach of Contract
   [x] Common Counts
   [ ] Other *(specify):*

9. [ ] Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [X] damages of: $ 3,986.60
    b. [X] interest on the damages
       (1) [X] according to proof
       (2) [ ] at the rate of *(specify):*    percent per year from *(date):*
    c. [X] attorney's fees
       (1) [ ] of: $
       (2) [x] according to proof.
    d. [X] other *(specify):*
       For such other and further relief as the court may deem proper.

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 10/26/2011

CIR, LAW OFFICES, LLP                                          ▶ *Jara Muñén*
(TYPE OR PRINT NAME)                                              (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]              **COMPLAINT—Contract**                    Page 2 of 2

FILE BY FAX

PLD-C-001(2)

| SHORT TITLE: EQUABLE ASCENT FINANCIAL, LLC   v. RYAN MACAIRE; JOSE LOPEZ | CASE NUMBER: |
|---|---|

2ND _____ **CAUSE OF ACTION—Common Counts**
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name)*: EQUABLE ASCENT FINANCIAL, LLC

alleges that defendant *(name)*: RYAN MACAIRE; JOSE LOPEZ

became indebted to   [X] plaintiff   [ ] other *(name)*:

a. [X] within the last four years
   (1) [X] on an open book account for money due.
   (2) [X] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [X] within the last   [ ] two years   [X] four years
   (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $
       [ ] the reasonable value.
   (3) [X] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
       [X] the sum of $  3,986.60
       [ ] the reasonable value.
   (4) [X] for money lent by plaintiff to defendant at defendant's request.
   (5) [ ] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [ ] other *(specify)*:
       for credit card purchases and/or cash advances on the credit account issued by Plaintiff for which Defendant was billed monthly and failed to dispute as required under the Federal Fair Billing Act applicable to such account (IS USC Section et Seq.)

CC-2. $  3,986.60 _____ , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest   [X] according to proof   [ ] at the rate of _____ percent per year from *(date)*:

CC-3. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
       [ ] of $
       [X] according to proof.

CC-4. [ ] Other:

FILE BY FAX

Page   4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—Common Counts**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com