Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RYAN A. MACAIRE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| RYAN A. MACAIRE,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>CREDITOR IUSTUS ET REMEDIUM, LLP, D/B/A CIR LAW OFFICES, LLP, a California limited liability partnership; TARA MARIE MUREN, individually and in her official capacity,<br><br>　　　　　　　　　Defendants. | Case No. 2:12-CV-02588-JAM-EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　COMES NOW the Plaintiff, RYAN A. MACAIRE, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, RYAN A. MACAIRE, hereby dismisses, with prejudice, all claims made by him against Defendants, CREDITOR IUSTUS ET REMEDIUM, LLP, and TARA MARIE MUREN, in his Complaint filed herein on October 17, 2012.  Plaintiff further notifies the Court that his dispute with Defendants has been settled.

Dated:  March 7, 2013 　　　　　　　　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RYAN A. MACAIRE

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE　　Case No. 2:12-CV-02588-JAM-EFB